PAUL MORTIMER,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-394; CA A45528)

754 P2d 35

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary which, *inter alia,* imposed a fine for violation of a disciplinary rule. He contends that the fine is invalid. It is. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988). The other claim of error is without merit.

Fine vacated; order otherwise affirmed.